MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com


Attorney for Defendant
JOSHUA MASIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:26-po-00104-AC |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE STATUS |
| vs. ) | CONFERENCE; [~~PROPOSED~~] ORDER |
| ) | |
| JOSHUA MASIAS, ) | |
| Defendant. ) | |
| ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Justin Lee, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Joshua Masias, that the previously-scheduled status conference date of July 13, 2026, be continued to **August 31, 2026**, at 9:00 a.m. or such time thereafter as the Court is available.

The requested continuance will provide defense counsel with the additional time needed to file a substitution of counsel and consolidate Mr. Masias' cases, as well as to transfer all discovery to incoming counsel, the Federal Defender's Office. Additionally, Mr. Masias is scheduled to appear in other matters before the Honorable Jeremy D. Peterson on the same date, and so the requested continuance supports the economy of resources for the Federal Defender's Office and the government.

/ / /

/ / /

Based on the foregoing the parties agree that the ends of justice served by resetting the hearing date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time through August 31, 2026, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The parties further agree that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence. The government does not oppose the continuance and so stipulates.

Respectfully submitted,

Dated:  July 10, 2026

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
JOSHUA MASIAS

Dated: July 10, 2026

ERIC GRANT
United States Attorney

/s/ *Justin Lee*
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order.  The status conference previously set for July 13, 2026, is hereby continued to August 31, 2026, at 9:00 a.m.

Dated: July 10, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order to Continue Status Conference

2